**J. SCOTT BURRIS**
Nevada Bar No. 10529
**JENNIFER WILLIS ARLEDGE**
Nevada Bar No. 008729
**JAMES T. TUCKER**
Nevada Bar No. 12507
**WILSON, ELSER, MOSKOWITZ, EDELMAN
 & DICKER LLP**
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
J.Scott.Burris@wilsonelser.com
Jennifer.Arledge@wilsonelser.com
James.Tucker@wilsonelser.com
*Attorneys for Acrylic Tank Manufacturing, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Steven Malcolm,<br><br>Plaintiff, Individual<br><br>vs.<br><br>Acrylic Tank Manufacturing, Inc., a Nevada company; Reynolds Polymer Technology, Inc., a foreign company,<br><br>Defendants. | CASE NO.: 2:17-cv-01108-JCM-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT ACRYLIC TANK MANUFACTURING, INC. TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, Steve Malcolm, by and through undersigned counsel, and Defendant Acrylic Tank Manufacturing of Nevada, ("ATM") by and through undersigned counsel, hereby stipulate and agree

. . .

. . .

. . .

1161714v.1

that Defendant ATM may have until **June 23, 2017**, to file a responsive pleading to the complaint on file herein.

DATED 19th day of June, 2017

DATED 19th day of June, 2017

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

BY: /s/ Jennifer W. Arledge
**J. SCOTT BURRIS**
Nevada Bar No. 10529
**JENNIFER WILLIS ARLEDGE**
Nevada Bar No. 008729
**JAMES T. TUCKER**
Nevada Bar No. 12507
*Attorneys for Acrylic Tank Manufacturing, Inc.*

BY: /s/Alaina C. Stephens
**ALAINA C. STEPHENS**
Nevada Bar No. 13512
2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052
*Attorneys for Plaintiff*

## ORDER

Upon stipulation of the parties and for good cause shown, Defendant Acrylic Tank Manufacturing of Nevada shall have up to and including June 23, 2017, in order to file a responsive pleading in this matter.

DATED: June 27, 2017

_____
PEGGY A. LEEN
United States Magistrate Judge

1161714v.1