Alaina C. Stephens, Bar No. 13512
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone: 702-827-1510
Facsimile: 312-863-5099
E-Mail: astephens@fgppr.com

James B. Glennon, Bar No. 6658
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
222 N. LaSalle Street, Suite 1400
Chicago, Illinois 60601
Telephone: 312-863-5000
Facsimile: 312-863-5099
E-Mail: jglennon@fgppr.com

*Attorneys for Plaintiff Steven Malcolm*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Steven Malcolm,<br><br>Plaintiff, Individual<br><br>v.<br><br>Acrylic Tank Manufacturing, Inc., a Nevada company; Reynolds Polymer Technology, Inc., a foreign company,<br><br>Defendants. | Case No. 2-17-cv-01108-JCM-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PARTIES TO FILE THEIR PROPOSED DISCOVERY PLAN/SCHEDULING ORDER AND INITIAL DISCLOSURES** |

Plaintiff, Steve Malcolm by and through undersigned counsel, and Defendants Acrylic Tank Manufacturing, Inc. ("ATM") and Reynolds Polymer Technology, Inc. ("Reynolds"), by and through their undersigned counsel, (collectively "the Parties"), hereby stipulate and agree to extend the deadlines for filing the Rule 26(f) Proposed Discovery Plan/Scheduling Order and Rule 26(a)(1) Initial Disclosures up to and including July 14, 2017.

The Parties require the additional time to file their proposed discovery plan and initial disclosures because more time is needed to negotiate agreeable discovery dates due to Reynolds' pending motion to dismiss for lack of personal jurisdiction and ATM's intent to pursue a motion to

dismiss based upon *forum non-conveniens*. Therefore, the parties hereby stipulate and agree to extend the deadlines to file their 26(f) Proposed Discovery Plan/Scheduling Order and 26(a)(1) Initial Disclosures up to and including **July 14, 2017**.

Dated this ___ day of _____, 2017.

| | |
|---|---|
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | FORAN GLENNON PALANDECH PONZI & RUDLOFF, PC. |
| By: /s/ Jennifer W. Arledge<br>Jennifer Willis Arledge<br>Nevada Bar No. 8729<br>James T. Tucker<br>Nevada Bar No. 12507<br>300 South 4th Street, 11th Floor<br>Las Vegas, NV 89101<br><br>*Attorneys for Acrylic Tank Manufacturing of Nevada* | By: /s/ Alaina Stephens<br>Alaina Stephens<br>Nevada Bar No. 13512<br>2200 Paseo Verde Parkway, Suite 280<br>Henderson, NV 89052<br><br>James B. Glennon<br>Nevada Bar No. 6658<br>222 N. LaSalle Street, Suite 1400<br>Chicago, Illinois 60601<br><br>*Attorneys for Plaintiff Steven Malcolm* |

BARRON & PRUITT, LLP

By: _____
David Barron
Nevada Bar No. 142
John Barron
Nevada Bar No. 14029
3890 W. Ann Road
North Las Vegas, NV 89031

*Attorney for Reynolds Polymer Technology, Inc.*

## ORDER

IT IS SO ORDERED upon stipulation of the Parties and for good cause shown, that the deadlines for filing the Rule 26(f) Proposed Discovery Plan/Scheduling Order and Rule 26(a)(1) Initial Disclosures shall be **July 14, 2017**.

Dated: June ____, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

dismiss based upon *forum non-conveniens*. Therefore, the parties hereby stipulate and agree to extend the deadlines to file their 26(f) Proposed Discovery Plan/Scheduling Order and 26(a)(1) Initial Disclosures up to and including **July 14, 2017**.

Dated this ___ day of _____, 2017.

| | |
|---|---|
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | FORAN GLENNON PALANDECH PONZI & RUDLOFF, PC. |
| By: _____<br>Jennifer Willis Arledge<br>Nevada Bar No. 8729<br>James T. Tucker<br>Nevada Bar No. 12507<br>300 South 4th Street, 11th Floor<br>Las Vegas, NV 89101<br><br>*Attorneys for Acrylic Tank Manufacturing of Nevada* | By: _____<br>Alaina Stephens<br>Nevada Bar No. 13512<br>2200 Paseo Verde Parkway, Suite 280<br>Henderson, NV 89052<br><br>James B. Glennon<br>Nevada Bar No. 6658<br>222 N. LaSalle Street, Suite 1400<br>Chicago, Illinois 60601<br><br>*Attorneys for Plaintiff Steven Malcolm* |

BARRON & PRUITT, LLP

By: _____
David Barron
Nevada Bar No. 142
John Barron
Nevada Bar No. 14029
3890 W. Ann Road
North Las Vegas, NV 89031

*Attorney for Reynolds Polymer Technology, Inc.*

## ORDER

IT IS SO ORDERED upon stipulation of the Parties and for good cause shown, that the deadlines for filing the Rule 26(f) Proposed Discovery Plan/Scheduling Order and Rule 26(a)(1) Initial Disclosures shall be **July 14, 2017**.

Dated: June **30**, 2017.

_____
UNITED STATES MAGISTRATE JUDGE