J. Scott Burris
Nevada Bar No. 10529
Wilson, Elser, Moskowitz,
Edelman & Dicker LLP
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
J.Scott.Burris@wilsonelser.com
*Attorneys for Defendant/Third-Party Plaintiff*
*Acrylic Tank Manufacturing Of Nevada*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Steven Malcolm, Individual<br><br>Plaintiff,<br><br>vs.<br><br>Acrylic Tank Manufacturing, Inc., a Nevada company; Reynolds Polymer Technology, Inc., a foreign company,<br><br>Defendants.<br><br>And related matters | CASE NO.: 2:17-cv-01108-JCM-PAL<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Defendant and Third Party Plaintiff, Acrylic Tank Manufacturing, Inc. ("ATM"), by and through its counsel of record, J. Scott Burris of the law firm Wilson Elser Moskowitz Edelman & Dicker LLP (the "firm"), respectfully moves the court to remove Jennifer W. Arledge from the CM/ECF Service List as she is no longer a participant in this case.

DATED this 18th day of January, 2018.

Wilson, Elser, Moskowitz, Edelman & Dicker LLP

BY: /s/ J. Scott Burris
J. Scott Burris
Nevada Bar No. 10529
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendant/Third-Party Plaintiff*
*Acrylic Tank Manufacturing Of Nevada*

IT IS SO ORDERED this 22nd day of January, 2018.

_____
Peggy A. Leen
United States Magistrate Judge

1248019v.1

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and that on this 18th day of January, 2018, I did cause a true copy of the foregoing **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk; and/or

☐ via hand-delivery to the addressees listed below; and/or

☐ via facsimile; and/or

☐ by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m. (PST).

| | |
|---|---|
| Alaina C. Stephens, Esq.<br>Foran Glennon Palandech Ponzi<br>  & Rudloff PC<br>2200 Paseo Verde Parkway, Suite 280<br>Henderson, Nevada  89052<br>astephens@fgppr.com<br>Fax No.:  (312) 863-5099<br>Attorney for Plaintiff | David Barron, Esq.<br>John D. Barron, Esq.<br>Barron & Pruitt, LLP<br>3890 West Ann Road<br>North Las Vegas, NV 89031-4416<br>dbarron@lvnvlaw.com<br>jbarron@lvnvlaw.com<br>Fax No.:  (702) 870-3950<br>Attorneys for Defendant<br>Reynolds Polymer Technology, Inc. |
| James B. Glennon, Esq.<br>Foran Glennon Palandech Ponzi<br>  & Rudloff PC<br>222 N. LaSalle Street, Suite 1400<br>Chicago, IL 60601<br>jglennon@fgppr.com<br>Fax No.:  (312) 863-5099<br>Attorney for Plaintiff | Diana R. Lotfi, Esq.<br>Foran Glennon Palandech Ponzi<br>   & Rudloff PC<br>450 Newport Center Drive, Suite 630<br>Newport Beach, CA 92660<br>dlotfi@fgppr.com<br>rtuttle@fgppr.com<br>ccamacho@fgppr.com<br>Fax No.:  (949) 791-1070<br>Attorney for Plaintiff |

By: */s/ Alexa Klusmann*
         An Employee of
    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

2

1248019v.1