**J. Scott Burris**
Nevada Bar No. 10529
**Amanda A. Ebert**
Nevada Bar No. 12731
**Wilson, Elser, Moskowitz,
Edelman & Dicker LLP**
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
J.Scott.Burris@wilsonelser.com
*Attorneys for Defendant/Third-Party Plaintiff
Acrylic Tank Manufacturing Of Nevada*

*INSERT RALPH PRO HAC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Steven Malcolm,<br><br>        Plaintiff, Individual<br>vs.<br><br>Acrylic Tank Manufacturing, Inc., a Nevada company; Reynolds Polymer Technology, Inc., a foreign company,<br><br>        Defendants.<br>_____<br>Acrylic Tank Manufacturing, Inc., a Nevada company,<br>        Third-Party Plaintiff<br>vs.<br><br>Reynolds Polymer Technology, Inc., a foreign company.<br>        Third-Party Defendant | CASE NO.: 2:17-cv-01108-JCM-PAL<br><br>**JOINT STIPULATION AND ORDER WITHDRAWING MOTIONS TO COMPEL (ECF NOS. 66, 67 & 68) AND CONFERENCE MANAGEMENT REPORT** |

Defendant and third party plaintiff, Acrylic Tank Manufacturing, Inc. ("ATM"), by and through its counsel of record, J. Scott Burris, Amanda Ebert, and Ralph Robinson, of the law firm Wilson Elser Moskowitz Edelman & Dicker LLP, together with Plaintiff Steven Malcolm's ("Malcolm"), by and through his counsel of record, Alaina Stephens and James Glennon of the law firm of Foran Glennon Palandech Ponzi & Rudloff PC, hereby stipulate and agree to the withdraw of their pending motions to compel. The parties, including Reynolds Polymer Technology, Inc., by

1289434v.1

and through its counsel of record, David Barron and John Barron, of the law firm Barron & Pruitt, further stipulate to the conference management report.

**I.      Grounds for Withdrawal of Motions to Compel Without Prejudice**

The parties have engaged in negotiations regarding potential settlement, and proposed mediation for which the parties are working on protocols that would lead to a mediation within the next 60 to 90 days. Between now and then, the parties seek to conserve costs and extend deadlines or stay the case.

*a . Extension to permit Mediation*

Before arriving at the agreements upon which this stipulation is based, the parties undertook additional efforts to complete the scheduling for the settings of depositions of U.S. and international witnesses. However, in anticipation of the parties' collective ability to engage in mediation, the parties have not finalized the scheduling of these depositions. The parties anticipate that these depositions could be extremely costly, and in an effort to save great expense, plans for depositions are currently on hold. The parties do expect to receive additional documents from the architect in Scotland from his damaged hard drive.

Overall, in an effort to conserve judicial resources, as well as to pursue mediation and potential resolution of the matter, the parties agree to withdraw their pending motions to compel, and seek a stay of Discovery or extension of the deadlines in this matter.

*B.     ATM seeks intervention in the Colorado matter*

Additionally, ATM is preparing a motion to intervene in the Colorado action. All parties agree that this matter, including the portion currently in litigation in Nevada, should be consolidated at some point in the future.

THEREFORE, IT IS HEREBY JOINTLY STIPULATED AND AGREED THAT Defendant ACRYLIC TANK MANUFACTURING, INC.'S Emergency Motions to Compel Plaintiff to Identify Scottish Witnesses filed on May 9, 2018 (ECF No. 67) and May 11, 2018 (ECF No. 68),

together with Plaintiff STEVEN MALCOLM'S Motion to Compel Cutting and Testing of the Aquarium Pursuant to Proposed Protocol filed May 9, 2018 (ECF No. 66), each be withdrawn in their entirety. The parties stipulate to the withdrawal of the motions without prejudice, and agree that each motion, individually, may be re-filed at a later date if needed.

**IT IS SO STIPULATED BY:**

DATED this 23rd day of May, 2018.
WILSON ELSER MOSKOWITZ
EDELMAN DICKER &, LLP

 /s/ J. Scott Burris
J. Scott Burris, Esq.
Nevada Bar No. 10529
Amanda A. Ebert, Esq.
Nevada Bar No. 12731
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant Acrylic Tank Manufacturing, Inc.*

DATED this  day of May, 2018.
BARRON & PRUITT

David Barron, Esq.
Nevada Bar No. 142
John d. Barron Esq.
Nevada Bar No. 14029
3890 West Ann Road
North Las Vegas, NV 89031-4416
*Attorneys forDefendant Reynolds Polymer Technology*

DATED this  day of May, 2018.

FORAN GLENNON PALANDECH PONZI
& RUDLOFF PC

*/s/ James B. Glennon (with permission)*
Alaina C. Stephens, Esq.
Nevada Bar No. 13512
James B. Glennon, Esq.
Nevada Bar No. 6658
2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052
*Attorneys for Plaintiff*

3

1289434v.1

**ORDER**

This Court finds good cause for withdrawal of Plaintiff's Motion to Compel (ECF No. 66) as well as Defendant ATM's Motions to Compel (ECF No. 67 & 68) without prejudice. The parties may re-file their respective motions at a later date.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that a telephonic status check is scheduled for **10:45 a.m. on June 5, 2018**. Those appearing telephonically may contact Courtroom Deputy Jeff Miller at (702) 464-5420 no later than June 1, 2018, to indicate a number where counsel may be reached for the hearing.

Dated this 29th day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

1289434v.1